UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81758-CIV-DIMITROULEAS/Snow

HAN NGOC LE,

    Plaintiff,

v.

ANTHONY VINCE NAIL SPA, LLC,
A Florida Limited Liability Company,
HOANG L. NGUYEN, individually, and
TRONG TANG, individually,

    Defendants.
_____/

## VERDICT

I.    **Plaintiff's Claim for Overtime Pay**

    **Do you find from a preponderance of the evidence:**

    1.  That Han Le was an employee of Anthony Vince Nail Spa, LLC?

        Answer Yes or No    __Yes__

    2.  That Defendant Hoang Nguyen exerted sufficient control over significant aspects of Anthony's Vince Nail Spa, LLC's employment policies such that he is individually liable for violations of the FLSA?

        Answer Yes or No    __Yes__

    3.  That Defendant Trong Tang exerted sufficient control over significant aspects of Anthony's Vince Nail Spa, LLC's employment policies such that he is individually liable for violations of the FLSA?

        Answer Yes or No    __No__

1

If your answers to Questions 1, 2 and 3 are all "No," this ends your deliberations of Plaintiff's claim for overtime pay and you should skip to Section II of this verdict form. If you answered "Yes" to any of Questions 1, 2 and 3, continue on to answer the next question.

4. That Han Le was not paid at least one-and-one half times her regular rate for time worked over 40 hours in a workweek?

Answer Yes or No     Yes

If your answer to Question 4 is "No," this ends your deliberations of Plaintiff's claim for overtime pay and you should skip to Section II of this verdict form. If your answer to Question 4 is "Yes," go to the next question.

5. That Han Le was exempt from the Fair Labor Standards Act as an exempt commissioned service employee?

Answer Yes or No     Yes

If your answer to Question 5 is "Yes," this ends your deliberations of Plaintiff's claim for overtime pay and you should skip to Section II of this verdict form. If your answer to Question 5 is "No," go to the next question.

6. That Anthony Vince Nail Spa, LLC knew or showed reckless disregard for whether the Fair Labor Standards Act prohibited their conduct?

Answer Yes or No     _____

If your answer to Question 6 is "No," this ends your deliberations of Plaintiff's claim for overtime pay and you should skip to Section II of this verdict form. If your answer to Question 6 is "Yes," go to the next question.

7. That Han Le should be awarded damages for her overtime wages?

    Answer Yes or No   _____

    If your answer is "Yes,"
    in what amount?    $_____

II. **Plaintiff's Claim under the Tax Code**

**Do you find by the clear and convincing evidence:**

1. That the "information returns" (1099-MISC forms) issued by Anthony Vince Nail Spa, LLC were fraudulent?

    Answer Yes or No   __Yes__

If your answer to this question is "No," this ends your deliberations of Plaintiff's claim for 26 U.S.C. §7434. If your answer is "Yes," go to the next question.

2. That Anthony Vince Nail Spa, LLC willfully issued fraudulent information returns?

    Answer Yes or No   __Yes__

SO SAY WE ALL.

                Foreperson's Signature

DATE: __Jan 10, 2018__