UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-cv-81758-WPD/LSS

HAN NGOC LE,

    Plaintiff,

vs.

ANTHONY VINCE' NAIL SPA, LLC,
a Florida limited liability company,
HOANG L. NGUYEN, individually, and
TRONG TANG, individually,

    Defendants.
_____/

**PLAINTIFF'S INDEX OF EXHIBITS ADMITTED AT TRIAL**

The Plaintiff, HAN NGOC LE, hereby files and serves this Index of exhibits admitted at trial. Pursuant to Local Rule 5.3, copies of the exhibits admitted at trial by Plaintiff are attached. The page numbers noted here are the page numbers on the attached PDF document where the exhibits can be found, not the Bates numbers on the exhibits.

| PAGE NO. | PLAINTIFF'S EXHIBIT NO. | DESCRIPTION OF EXHIBIT |
| --- | --- | --- |
| 1 | 1 | checks made payable to Plaintiff by Defendant AVNS for 2012, 2013, and 2014 |
| 46 | 2 | 1099-MISC forms issued by Defendant AVNS (2012, 2013, 2014) |
| 51 | 4 | Plaintiff's Answers to Defendant's 1st Set of Interrogatories |
| 63 | 5 | Defendants' Answers to Plaintiff's 1st Set of Interrogatories |
| 75 | 9 | Plaintiff's overtime damages chart |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CHRISTOPHER J. RUSH & ASSOCIATES, P.A.<br>Counsel for Plaintiff<br>Compson Financial Center, Suite 205<br>1880 North Congress Avenue<br>Boynton Beach, FL 33426<br>561-369-3331<br>561-369-5902 (fax)<br>E-mail: crush@crushlawfl.com<br>E-mail: eservice@crushlawfl.com<br><br>By_____*/s/ Christopher J. Rush*_____<br>       Christopher J. Rush   (FBN 621706) | MESA-ESTRADA LAW, P.A.<br>Co-Counsel for Plaintiff<br>Compson Financial Ctr, Ste. 205<br>1880 North Congress Avenue<br>Boynton Beach, FL 33426<br>561-880-8062<br>561-828-8359 (fax)<br>E-mail: victoria@mesaestradalaw.com<br>E-mail: info@mesaestradalaw.com<br><br>By___*/s/ Victoria Mesa-Estrada*_____<br>     Victoria Mesa-Estrada (FBN 76569) |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Christopher J. Rush*
      Christopher J. Rush

## SERVICE LIST

CASE NO. 9:16-cv-81758-WPD/LSS
*Han Ngoc Le v. ANTHONY VINCE' NAIL SPA, LLC,*
*a Florida limited liability company,*
*HOANG L. NGUYEN, individually, and*
*TRONG TANG, individually,*
United States District Court, Southern District of Florida

Frank H. Henry, Esquire
Daniel Gonzalez, Esquire
BLUEROCK LEGAL, P.A.
*Counsel for Defendants*
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
305-981-4300
305-981-4304 (fax)
E-mail:  fhenry@bluerocklegal.com
E-mail:  dgonzalez@bluerocklegal.com