# PLAINTIFF'S EXHIBIT 1



Capture Date: 08/25/2014 Sequence #: 3242784072

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1264

DATE 08/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **684.00

Six Hundred Eighty-Four and 00/100*************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈001264⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alterations:
- Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned.
- Watermark • Artificial watermark on back. Hold at an angle to view.
- Colored Background • Void copy protection.

Seq: 214
Batch: 953477
Date: 08/25/14

Seq:00214 08/25/14
BAT:953477 CC:0750189427
WT:01 LTRS Jacksonville
RC:Pinewood Square BC FL5-443

ENDORSE CHECK HERE

X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Credited To The Account Of The Within Named Payee Endorsement Guaranteed Bank of America, N.A.

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/25/2014 | 3242784072 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 08/07/2014 Sequence #: 6142323350

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1237

DATE 08/01/14

PAY TO THE ORDER OF Han Ngoc Le $ **972.00

Nine Hundred Seventy-Two and 00/100****** DOLLARS

MEMO

⑈001237⑈ ⑆263191387⑆0000146995594⑈




Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/07/2014 | 6142323350 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-008

015



Capture Date: 07/21/2014 Sequence #: 4342739863

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1209

DATE 07/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **715.00

Seven Hundred Fifteen and 00/100****************************************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001209⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
- Micro-Printing
- Watermark
- Colored Background

Seq: 92
Batch: 195313
Date: 07/21/14

Seq:00092 07/21/14
BAT:195313 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/21/2014 | 4342739863 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |
| 07/21/2014 | 4342739863 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Print Req:#20150921000912

PL-011

15



Capture Date: 07/21/2014 Sequence #: 4342739862

2303

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 7/3/14

63-8138-2631

Pay to the order of Han Ngoc Le $ 149.00

one hundred fourty nine Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2303⑈ ⑆263191387⑆0000 1146995594⑈

Seq: 91
Batch: 195313
Date: 07/21/14

Seq:00091 07/21/14
BAT:195313 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/21/2014 | 4342739862 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |
| 07/21/2014 | 4342739862 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 06/30/2014 Sequence #: 5442405203

FOR SECURITY PURPOSES THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1182

DATE 06/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **339.00

Three Hundred Thirty-Nine and 00/100*** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001182⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines

Security Features: Results of check alterations:
- Micro-Printing • Small type in border of check and endorsement area appears blurred if copied or scanned
- Watermark • Artificial watermark on back. Hold at an angle to view.
- Colored Background • Void copy protection

Seq: 88
Batch: 336363
Date: 06/30/14

Seq:00088 06/30/14
BAT:336363 CC:0750199427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL8-449

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 06/30/2014 | 5442405203 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 06/06/2014 Sequence #: 5742935221

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1155

DATE 06/01/14

PAY TO THE ORDER OF Han Ngoc Le $ **1,298.00

One Thousand Two Hundred Ninety-Eight and 00/100********************************************* DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001155⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:

- Micro-Printing
- Watermark
- Colored Background

Seq: 65
Batch: 412169
Date: 06/06/14

Seq:00065 06/06/14
BAT:412169 CC:0750000334
WI:01 LIPS:Jacksonville
BC:Okeechobee & Jog BC FL5-655

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 06/06/2014 | 5742935221 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found

 Print Req:#20150921000912

PL-020

:015



**Capture Date: 05/27/2014 Sequence #: 3742094352**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1130

DATE 05/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **1,128.00

One Thousand One Hundred Twenty-Eight and 00/100********************************************* DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001130⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which must and/or exceed industry guidelines.

Security Features: Results of check alteration:

- Micro-Printing • Small type in border of check and ... appears blurred if copied or scanned.
- Watermark • Artificial watermark on back - ... at angle to view.
- Colored Background • Void copy protection

Seq: 79
Batch: 911153
Date: 05/24/14

Seq:00079 05/24/14
BAT:911153 CC:0750199427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/27/2014 | 3742094352 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-023

)15



**Capture Date: 05/12/2014 Sequence #: 6642146248**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ANTHONY VINCE' NAIL SPA**
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1103

DATE 05/01/14

PAY TO THE ORDER OF Han Ngoc Le $ **994.00

Nine Hundred Ninety-Four and 00/100*************************************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈001103⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry safety guidelines.

Security Features: Results of check alteration

- Micro-Printing
- Watermark
- Colored Background
- Small type ... of check ... appears ... dotted or scan...
- Artificial watermark on back. Hold ... to view.
- Void ...

Seq: 227
Batch: 390787
Date: 05/12/14

Seq:00227 05/12/14
BAT:390787 CC:0750000934
NT:0T-LTPS:Jacksonville
BC:Okeechobee & Jog BC FL5-655

ENDORSE CHECK HERE

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 05/12/2014 | 6642146248 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 04/21/2014 Sequence #: 3542545211**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**ANTHONY VINCE' NAIL SPA**
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1076

DATE 04/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **887.00

Eight Hundred Eighty-Seven and 00/100*************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001076⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features incorporated on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:

- Micro-Prints: • Small type in border of check and endorsement area appears blurred or dotted if scanned
- Watermark: • Artificial watermark on back. Hold at an angle to view
- Colored Background: • Void copy protection

Seq: 20
Batch: 506761
Date: 04/21/14

Seq:09629 04/21/14
BAT:558701 CC:07581034?7
WI:WI LIMS:Jacksonville
BC:Pinewood Square BC FL4-449

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE
X

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/21/2014 | 3542545211 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 04/07/2014 Sequence #: 4742409848**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1046

DATE 04/01/14

PAY TO THE ORDER OF Han Ngoc Le $ **950.00

Nine Hundred Fifty and 00/100*********************************************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001046⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:

- Micro-Printing • Small type in border of check and endorsement area appears blurred & copied or scanned.
- Watermark • Artificial watermark on back, view at an angle to view
- Colored Background • Void ready protection

Seq: 137
Batch: 904883
Date: 04/07/14

Seq:00137 04/07/14
BAT:904883 CC:0750709427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

X ENDORSE CHECK HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 04/07/2014 | 4742409848 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-038 2015



Capture Date: 03/21/2014 Sequence #: 6942938248

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

ANTHONY VINCE' NAIL SPA
2605 S. STATE ROAD 7 #440
WELLINGTON, FLORIDA 33414
(561) 790-4883

BRANCH BANKING AND TRUST COMPANY

1018

DATE 03/16/14

PAY TO THE ORDER OF Han Ngoc Le $ **1,326.00

One Thousand Three Hundred Twenty-Six and 00/100*********************************************** DOLLARS

MEMO

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈001018⑈ ⑆263191387⑆0000146995594⑈

Listed below are the security features provided on this document which meet and/or exceed industry guidelines.

Security Features: Results of check alteration:
- Micro-Printing — Small type in border of check and signature area appears blurred if copied or scanned
- Watermark — Artificial watermark on back. Hold at an angle to view.
- Colored Background — Void copy protection

Seq: 46
Batch: 196447
Date: 03/21/14

Seq:00046 03/21/14
BAT:196447 CC:0763109418

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

ENDORSE CHECK HERE X

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/21/2014 | 6942938248 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-041 15



Capture Date: 03/10/2014 Sequence #: 5742654298

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

2241

Date 03/01/14 63-9138-2631

Pay to the order of Han Ngoc Le $ 541.00

Five hundred forty one 00/100 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2241⑈ ⑆263191387⑆0000146995594⑈

Seq: 48
Batch: 687871
Date: 03/10/14

Seq:00048 03/10/14
BAT:687871 CC:0750109418

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/10/2014 | 5742654298 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 02/25/2014 Sequence #: 3842361490

2205

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 02/16/14 63-9138-2631

Pay to the order of Han Ngoc Le $ 1,045.00

One Thousand and Forty five — Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00002205⑈ ⑆263191387⑆0000146995594⑈

Seq: 100
Batch: 134033
Date: 02/25/14

Seq:00100 02/25/14
BAT:134033 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/25/2014 | 3842361490 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 02/10/2014 Sequence #: 5342341919

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

2174

Date 02/01/14 63-9138-2631

Pay to the order of Han Ngoc Le $ 746.00

Seven hundred and Forty Six Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2174⑈ ⑆263191387⑆0000146995594⑈

Seq: 23
Batch: 496745
Date: 02/08/14

Seq:00023 02/08/14
BAT:496745 CC:0758109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 02/10/2014 | 5342341919 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 01/21/2014 Sequence #: 4142543974

2140

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 01/16/14 63-9138-2631

Pay to the order of Han Ngoc Le $ 648.00

Six hundred and fourty eight — Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00002140⑈ ⑆263191387⑆0000146995594⑈

Seq: 106
Batch: 700507
Date: 01/21/14

Seq:00106 01/21/14
BAT:700507 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/21/2014 | 4142543974 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 01/06/2014 Sequence #: 4742525123

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

2110

Date 01/01/14

63-9138-2631

Pay to the order of Han Ngoc Le $ 1,170.00

One thousand, one hundred and Seventy Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2110⑈ ⑆263191387⑆0000146995591⑈

Seq: 33
Batch: 053941
Date: 01/06/14

Seq:00033 01/06/14
BAT:053941 CC:0750000934
WT:01 LIPS:Jacksonville
BC:Okeechobee & Jog BC FL5-655

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/06/2014 | 4742525123 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 12/23/2013 Sequence #: 3742001985**

2081

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 12/16/13 63-9138-2631

Pay to the order of Ham Ngoc Le $777.00

Seven Hundred Seventy Seven Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2081⑈ ⑆263191387⑆0000146995594⑈

Seq: 161
Batch: 511129
Date: 12/21/13

Seq:00161 12/21/13
BAT:511129 CC:0759000934
WT:01 LTPS:Jacksonville
BC:Okeechobee & Jog BC FL5-055

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/23/2013 | 3742001985 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 12/06/2013 Sequence #: 3242922091**

2050

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 12/01/13 63-9138-2631

Pay to the order of Han Ngoc Le $ 879.00

Eight hundred Seventy nine Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2050⑈ ⑆263191387⑆0000 1469955914⑈

Seq: 30
Batch: 828249
Date: 12/06/13

Seq.00003 12/06/13
BAT:828249 CC:0750109418
WT:01 LTPS:Jacksonville
PC:West Lake Worth PC F15-405

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/06/2013 | 3242922091 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 11/21/2013 Sequence #: 4542294232

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

2021

Date 11/16/13

63-9138-2631

Pay to the order of Hân Ngọc Le $ 787.00

Seven hundred eighty Seven Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 2021⑈ ⑆263191387⑆0000 1469955 94⑈

Seq: 119
Batch: 197479
Date: 11/21/13

Seq:00119 11/21/13
BAT:197479 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 11/21/2013 | 4542294232 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 11/21/2013 Sequence #: 4542294231**

SAITO PGA INC
4675 PGA BLVD,
PALM BEACH GARDENS, FL 33418

PNC BANK NA
63-8419-2670

10492

Check date: 11/13/2013

Pay to the order of: THONG Q BUI $ 578.98

**Five Hundred Seventy-eight And 98/100 Dollars*****************************

THONG Q BUI
4816 ARTHUR STREET
PALM BEACH GARDENS, FL 33418

Security features included. Details on back.

⑈010492⑈ ⑆267084199⑆ 1200601761⑈

ENDORSE HERE:
PAY TO THE ORDER; HAN LE
THONG Q BUI

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 118
Batch: 197479
Date: 11/21/13

00118 11/21/13
197479 CC:0750100427
UTPS:Jacksonville
Pineweed Square BC FLS-449

*The security features listed below, as well as those not listed, exceed industry guidelines.*

| Security Features: | Results of document alteration: |
|---|---|
| Padlock Icon | • Alerts handler the document contains security features. |
| Chemical Protection | • Stains or spots appear with chemical alteration. |
| Chemical Erasure Protection | • Colored marks appear when chemicals altered or erased. |
| Security Screen | • Absence of "Original Document" verbiage on back of check. |
| Microprint | • Small type in check border and back signature lines, readable with a magnifying lens, appears as dots if copied or scanned. |
| Artificial Watermark | • Artificial watermark not visible on back of check when held at 45° angle. |
| Fluorescent Fibers | • Visible under ultraviolet light. Cannot be photocopied or scanned. |
| Colored Pantograph | • The face of this document contains a colored check background. |

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 11/21/2013 | 4542294231 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 11/07/2013 Sequence #: 4042903583**

1989

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 11-1-13

63-9138-2631

Pay to the order of Han Ngoc Le $ 775.00

Seven hundred Seventy five Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0001989⑈ ⑆263191387⑆0000146985594⑈

Seq: 163
Batch: 608971
Date: 11/07/13

ENDORSE HERE

Seq:00163 11/07/13
BAT:608971 CC:0750109427

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 11/07/2013 | 4042903583 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



**Capture Date: 10/21/2013 Sequence #: 4942418186**

1961

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 10/16/13 63-8138-2631

Pay to the order of Hân Ngọc Le $ 668.00

Six hundred sixty eight Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1961⑈ ⑆263191387⑆0000 1469955 4⑈

Seq: 97
Batch: 861643
Date: 10/21/13

Seq:00097 10/21/13
BAT:861643 CC:0750109410
WT:01 LTPS:Jacksonville
BC:West Lake Worth BC FL5-405

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 10/21/2013 | 4942418186 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 10/07/2013 Sequence #: 3242220970

1934

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 10/01/13 63-9138-2631

Pay to the order of Han Ngoc Le $ 377.00

three hundred seventy seven ——— Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001934⑈ ⑆263191387⑆0000146995591⑈

Seq: 14
Batch: 271841
Date: 10/07/13

Seq:00014 10/07/13
BAT:271841 CC:0750109408
BC-Royal-Palm BC-FL5-465

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 10/07/2013 | 3242220970 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 09/06/2013 Sequence #: 3542488870

1905

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

63-9138-2631

Date 09/01/13

Pay to the order of Han Ngoc Le $ 977.00

nine Hundred Seventy Seven Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001905⑈ ⑆263191387⑆0000146995594⑈

Seq: 139
Batch: 967221
Date: 09/06/13

Seq:00139 09/06/13
BAT:967221 CC:0758109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

ENDORSE HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 09/06/2013 | 3542488870 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 08/23/2013 Sequence #: 4642186989

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1877

Date 8/16/13

63-9138-2631

Pay to the order of Han Ngoc Le $ 875.00

Eight hundred and Seventy five Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1877⑈ ⑆263191387⑆0000 1469955941⑈

Seq: 114
Batch: 381139
Date: 08/23/13

Seq:00114 08/23/13
BAT:381139 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/23/2013 | 4642186989 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 08/09/2013 Sequence #: 5342109925

1853

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 08/01/13 63-9138-2631

Pay to the order of Han Ngoc Le $ 345.00

Three hundred and fourty five Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1853⑈ ⑆263191387⑆0000 1469955 4⑈

Seq: 5
Batch: 773761
Date: 08/09/13

Seq:00005 08/09/13
BAT:773761 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-419

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 08/09/2013 | 5342109925 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-100 2015



Capture Date: 07/08/2013 Sequence #: 5542829151

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1801

Date: 7/3/13 63-9138-2631

Pay to the order of: Han Ngoc Le $ 950.00

nine hundred fifty Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT · BBANDT.COM

For:

⑈0000 1801⑈ ⑆263191387⑆0000 1489955⑈

Seq: 213
Batch: 235145
Date: 07/06/13

Seq:09213 07/08/13
BAT:235145 CC:0750109427
WT:01 LIPS:Jacksonville
BC:Pinewood Square BC FL5 440

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 07/08/2013 | 5542829151 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-103 2015



Capture Date: 06/13/2013 Sequence #: 4142716060

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1743

Date 6/01/13 63-9138-2631

Pay to the order of Han Ngoc Le $ 974.00

nine hundred seventy four Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001743⑈ ⑆263191387⑆0000146995594⑈

Seq: 110
Batch: 228875
Date: 06/13/13

Seq:00110 06/13/13
BAT:228875 CC:0750109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

ENDORSE HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 06/13/2013 | 4142716060 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 03/21/2013 Sequence #: 3442312063

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1605

Date 3/16/13 63-9138-2631

Pay to the order of Han Ngoc Le $ 826.00

Eight hundred and twenty six 00 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1605⑈ ⑆263191387⑆0000 1469955 94⑈

Seq: 143
Batch: 867959
Date: 03/21/13

Seq:00143 03/21/13
BAT:867959 CC:0758109427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

ENDORSE HERE

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 03/21/2013 | 3442312063 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 01/07/2013 Sequence #: 5542387011

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1477

Date 1/3/13

63-9138-2631

Pay to the order of Han Ngoc Le $ 1078.00

one Thousand Seventy Eight Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1477⑈ ⑆263191387⑆0000 146 995594⑈

Seq: 18
Batch: 872759
Date: 01/05/13

Seq:00018 01/05/13
BAT:872759 CC:0758199427
WT:01 LTPS:Jacksonville
BC:Pinewood Square BC FL5-449

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 01/07/2013 | 5542387011 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found

 Print Req:#20150921000912 PL-129 15



Capture Date: 12/06/2012 Sequence #: 4042556215

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1424

63-9138-2631

Date 12/1/12

Pay to the order of Han Ngoc Le $ 126.00

one hundred twenty six Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1424⑈ ⑆263191387⑆0000 1469955994⑈

Seq: 22
Batch: 440654
Date: 12/06/12

Seq:00022 12/06/12
BAT:440654 CC:0758109410
WT:01 LTPS:Jacksonville
BC:West Lake Worth BC FL5-405

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 12/06/2012 | 4042556215 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



Capture Date: 10/19/2012 Sequence #: 3142665338

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1354

Date 10/16/12

63-9138-2631

Pay to the order of Han Ngoc Le $ 566.00

Five hundred, and Sixty Six 0 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001354⑈ ⑆263191387⑆0000146995594

Seq: 40
Batch: 778401
Date: 10/19/12

Seq:00040 10/19/12
BAT:778401 CC:8750109410
WT:01 LTPS:Jacksonville
BC:West Lake Worth BC FL5-405

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|---|---|---|---|---|---|---|
| 10/19/2012 | 3142665338 | 11000138 | -1 | Y | | BANK OF AMERICA, NA |

No Payee Endorsements Found



PL-139 15



Capture Date: 09/24/2012 Sequence #: 7350184535

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1192

Date 9/18/12 63-9138-2631

Pay to the order of Han Ngoc Le $ 745.00

Seven hundred forty five Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1192⑈ ⑆263191387⑆0000 1469955 94⑈ ⑈0000074500⑈

SEP 24 2012 82869

BANK OF AMERICA,NA MIA
09/24/12
7350184535

No Electronic Endorsements Found
No Payee Endorsements Found



PL-143

15



Capture Date: 09/04/2012 Sequence #: 7350213658

1166

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 9/1/12

63-9138-2631

Pay to the order of Han Ngoc Le $ 686.00

Six hundred, eighty Six 00 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001166⑈ ⑆263191387⑆0000146995594⑈ ⑈0000068600⑈

SEP -4

3348 66746

BANK OF AMERICA,NA MIA
>0110001384 E2623 94 P05
09/04/12

7350213658

No Electronic Endorsements Found
No Payee Endorsements Found



Capture Date: 08/20/2012 Sequence #: 7250861041

1142

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 8/16/12

63-9138-2631

Pay to the order of Ham Ngoc Le $574.00

Five hundred, Seventy four Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000114 2⑈ ⑆263191387⑆0000145995594⑈ ⑈0000057400⑈

BANK OF AMERICA,NA MIA
8/20/12
7250861041

No Electronic Endorsements Found
No Payee Endorsements Found



Capture Date: 06/18/2012 Sequence #: 7350366740

1058

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 6/16/12 63-0138-2631

Pay to the order of Han Ngoc Le $ 529.00

Five hundred, twentynine 00 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1058⑈ ⑆263191387⑆0000146995594⑈ ⑈0000052900⑈

BANK OF AMERICA,NA MIA
P011999 1384 E3828 94 PRE
06/18/12
7350366740

No Electronic Endorsements Found
No Payee Endorsements Found



Capture Date: 06/11/2012 Sequence #: 7550407621

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1038

Date 6/11/12

63-9138-2631

Pay to the order of Han Ngoc Le $ 698.00

Six hundred, ninety eight & 00 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001038⑈ ⑆263191387⑆0000146995594⑈ ⑈0000069800⑈

BANK OF AMERICA, NA MIA
06/11/12

7550407621

No Electronic Endorsements Found
No Payee Endorsements Found



Print Req:#20150921000912

PL-153

2015



Capture Date: 05/23/2012 Sequence #: 7350489412

1018

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 5/16/12 63-9138-2631

Pay to the order of Ham Ngoc Le $ 515.00

Five hundred, fifteen Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈00001018⑈ ⑆263191387⑆0000145995594⑈ ⑈0000051500⑈

BANK OF AMERICA,NA MIA
7350489412
05/23/12

No Electronic Endorsements Found
No Payee Endorsements Found



**Capture Date: 05/04/2012 Sequence #: 7250010795**

990

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 5/1/12 63-9138-2631

Pay to the order of Han Ngoc Le $ 647.00

Six Hundred, Forty Seven — Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

⑈00000990⑈ ⑆263191387⑆0000146995594⑈ ⑈0000064700⑈

BANK OF AMERICA,NA MIA
05/04/12
7250010795

No Electronic Endorsements Found
No Payee Endorsements Found



Capture Date: 04/20/2012 Sequence #: 7350326137

1287

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 4/16/12 63-9138-2631

Pay to the order of Han Ngoc Le $ 778.00

Seven hundred, Seventyeight + 00 Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1287⑈ ⑆263191387⑆0000146995594⑈ ⑈0000077800⑈

APR 20

3120192466

BANK OF AMERICA,NA
7350326137

No Electronic Endorsements Found
No Payee Endorsements Found



PL-163

015



**Capture Date: 04/06/2012 Sequence #: 7250325272**

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1258

Date 4/1/12

63-9138-2631

Pay to the order of Hain Ngoc Le $ 716.00

Seven hundred, Sixteen — Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1258⑈ ⑆263191387⑆0000146995594⑈ ⑈0000071600⑈

BANK OF AMERICA,NA MIA
9011000 1384 E2287 94 P05
04/06/12
7250325272

No Electronic Endorsements Found
No Payee Endorsements Found



**Capture Date: 03/19/2012 Sequence #: 7550858441**

1214

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

Date 3/1/12

63-9136-2631

Pay to the order of Han Ngoc Le $190.00

One hundred, ninety Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000121⑈ ⑆263191387⑆0000146995594⑈ ⑈0000019000⑈

BANK OF AMERICA,NA MIA
03/19/12
7550858441

No Electronic Endorsements Found
No Payee Endorsements Found

1769

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

63-9138-2631

Date 6/16/13

Pay to the order of Han Ngoc Le $ 829.00

Eight hundred, twenty nine Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1769⑈ ⑆263191387⑆0000 1 1 6 9 9 5 9 9 4⑈

PL-176

ANTHONY VINCE' NAIL SPA
(561)790-4883
2605 S. STATE ROAD 7 #440
WELLINGTON, FL 33414

1801

Date 7/3/13

63-9138-2631

Pay to the order of Han Ngoc Le $ 950.00

nine hundred fifty Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT BBANDT.COM

For

⑈0000 1801⑈ ⑆263191387⑆0000 1489 9559 1⑈

# PLAINTIFF'S EXHIBIT 2

☐ CORRECTED (if checked)

**Miscellaneous Income**

OMB No. 1545-0115

2013

Form **1099-MISC**

**Copy B**
**For Recipient**

| Field | Value |
|---|---|
| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | NAIL TRENZ D<br>PATRICE DINH<br>8379 CREEDMOOR RD<br>RALEIGH, NC 27613<br>919-845-1718 |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| PAYER'S federal identification number | 11-3792043 |
| RECIPIENT'S identification number | 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 |
| 5 Fishing boat proceeds | $ |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name, street address, city or town, province or state, country, and ZIP or foreign postal code | HAN NGOC LE<br>2160 HAIG POINT WAY<br>RALEIGH, NC 27604 |
| 7 Nonemployee compensation | $ 7455.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 Foreign tax paid | $ |
| 12 Foreign country or U.S. possession | |
| Account number (see instructions) | |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $<br>$ |
| 17 State/Payer's state no. | NC |
| 18 State income | $<br>$ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form **1099-MISC** LMB (keep for your records) 5111 www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

PL-178

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone number | ANTHONY VINCE NAIL SPA LLC<br>2605 STATE RD. 7 #440<br>WELLINGTON FL 33414<br>HOANG LE NGUYEN |
| PAYER'S federal identification number | 27-3077178 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name | HAN LE |
| Street address (including apartment number) | |
| City / State / ZIP code | |
| Account number (see instructions) | |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Nonemployee compensation | $ 10469.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 | |
| 12 | |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | |
| 16 State tax withheld | $ / $ |
| 17 State/Payer's state no. | |
| 18 State income | $ / $ |

OMB No. 1545-0115 **2012** Form **1099-MISC** FDWA0302 08/15/12

**Miscellaneous Income**

**Copy B For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

BAA Form **1099-MISC** (Keep for your records.) Department of the Treasury — Internal Revenue Service

☐ VOID ☐ CORRECTED

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone number | ANTHONY VINCE NAIL SPA LLC<br>2605 STATE RD. 7 #440<br>WELLINGTON FL 33414 |
| PAYER'S federal identification number | 27-3077178 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name | HAN LE |
| Street address (including apartment number) | |
| City / State / ZIP code | |
| Account number (see instructions) | |
| 2nd TIN not. | ☐ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Nonemployee compensation | $ 10469.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 | |
| 12 | |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | |
| 16 State tax withheld | $ / $ |
| 17 State/Payer's state no. | |
| 18 State income | $ / $ |

OMB No. 1545-0115 **2012** Form **1099-MISC**

**Miscellaneous Income**

**Copy C For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2012 General Instructions for Certain Information Returns.**

BAA Form **1099-MISC** FDWA0302 08/15/12 Department of the Treasury — Internal Revenue Service

☐ VOID ☐ CORRECTED

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone number | ANTHONY VINCE NAIL SPA LLC<br>2605 STATE RD. 7 #440<br>WELLINGTON FL 33414 |
| PAYER'S federal identification number | 27-3077178 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name | HAN LE |
| Street address (including apartment number) | |
| City / State / ZIP code | |
| Account number (see instructions) | |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | $ |
| 6 Med & health care payments | $ |
| 7 Nonemployee compensation | $ 10469.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 | |
| 12 | |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | |
| 16 State tax withheld | $ / $ |
| 17 State/Payer's state no. | |
| 18 State income | $ / $ |

OMB No. 1545-0115 **2012** Form **1099-MISC**

**Miscellaneous Income**

**Copy 1 For State Tax Department**

BAA Form **1099-MISC** FDWA0302 08/15/12 Department of the Treasury — Internal Revenue Service

**PL-201**

☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| ANTHONY VINCE NAIL SPA LLC<br>2605 STATE RD. 7 #440<br>WELLINGTON FL 33414 | | $ | **2013**<br>Form **1099-MISC** | |
| | | 2 Royalties<br>$ | | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy 1 For State Tax Department** |
| PAYER'S federal identification number<br>27-3077178 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds<br>$ | 6 Med & health care payments<br>$ | |
| RECIPIENT'S name<br>HAN LE | | 7 Nonemployee compensation<br>$ 17687.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | |
| Street address (including apartment number) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| City or town, province or state, country, and ZIP or foreign postal code | | 11 Foreign tax paid<br>$ | 12 Foreign country or U.S. possession | |
| Account number (see instructions) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney | |
| 15 a Section 409A deferrals<br>$ | 15 b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

**BAA** Form **1099-MISC** FDEA0302 07/03/13 www.irs.gov/form1099misc Department of the Treasury — Internal Revenue Service

PL-210

9595 ☐ VOID ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|---|
| ANTHONY VINCE NAIL SPA LLC<br>2605 STATE RD. 7 #440<br>WELLINGTON FL 33414 | | 2 Royalties $ | **2014**<br>Form **1099-MISC** | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy A For Internal Revenue Service Center** |
| PAYER'S federal identification number<br>27-3077178 | RECIPIENT'S identification number<br>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 | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | **File with Form 1096.** |
| RECIPIENT'S name<br>HAN LE | | 7 Nonemployee compensation $ 12422.00 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2014 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ► ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code | | 11 | 12 | |
| Account number (see instructions) | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $<br>$ | 17 State/Payer's state no. | 18 State income $<br>$ |

BAA Form **1099-MISC** FDWA0301 07/11/14 www.irs.gov/form1099misc Department of the Treasury — Internal Revenue Service

PL-219

# PLAINTIFF'S EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-cv-81758-WPD/LSS

HAN NGOC LE,

Plaintiff,

vs.

ANTHONY VINCE' NAIL SPA, LLC,
a Florida limited liability company,
HOANG L. NGUYEN, individually, and
TRONG TANG, individually,

Defendants.
_______________________________________/

**NOTICE OF SERVING PLAINTIFF'S ANSWERS TO**
**DEFENDANTS' FIRST SET OF INTERROGATORIES**

COMES NOW, the Plaintiff, HAN NGOC LE, by and through her undersigned counsel, and hereby gives notice of serving her Answers to the Defendants' First Set of Interrogatories propounded by Defendants on or about March 13, 2017.

Respectfully submitted,

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
Attorneys for Plaintiff
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
561-369-3331
561-369-5902 (fax)
E-mail: crush@crushlawfl.com
E-mail: eservice@crushlawfl.com

By *__________/s/ Christopher J. Rush__________*
Christopher J. Rush (FBN 621706)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2017, I served Plaintiff's Answers to Defendants' First Set of Interrogatories via E-Mail and U.S. Mail to:

Frank H. Henry, Esquire
Daniel Gonzalez, Esquire
BLUEROCK LEGAL, P.A.
*Counsel for Defendants* AVNS and HLN
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
305-981-4300
305-981-4304 (fax)
E-mail: fhenry@bluerocklegal.com
E-mail: dgonzalez@bluerocklegal.com

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
Attorneys for Plaintiff
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
561-369-3331
561-369-5902 (fax)
E-mail: crush@crushlawfl.com
E-mail: eservice@crushlawfl.com

By *______/s/ Christopher J. Rush______*
Christopher J. Rush (FBN 621706)

**INTERROGATORIES**

1. Describe in detail Plaintiff's compensation from Anthony Vince' Nail Spa, LLC ("AVNS"), including base salary, commissions, tips, profit sharing, benefits, bonuses, expense accounts, reimbursements, and any other remuneration paid to Plaintiff by AVNS or from any other source, or on Plaintiff's behalf, and state the amounts of each form of compensation from September 2011, to September 2015.

**ANSWER:** I was paid every two weeks on a commission basis. Initially in 2013, I was paid a commission based on 55 percent for me and 45 percent for AVNS split for every client I served. In 2014, it was increased to a 60 percent for me 40 percent for AVNS. I also received tips. If I received cash tips, I was able to keep them all, however, if the client paid with a debit/credit card, then AVNS kept 10 percent of the tip. I received no benefits and no bonuses.

2. Describe in detail the factual basis relied upon in support of the allegations in Paragraph 7 of the Amended Complaint which states that "Defendant and management, at all times material hereto, regularly exercised the authority to hire and fire employees, determine the work schedules of employees, set the rate of pay of employees, and/or control the finances and operations of Defendant."

**ANSWER:** I was hired and fired by Trong Tang. Trong Tang assigned me my work station when I started working there. There was a store manager, Jimmy Nguyen, who helped Trong Tang run the day to day operations of AVNS. Trong Tang gave me instructions as to how he wanted me to do the job such as how to treat customers; where to find tools and supplies needed to serve clients; how to clean the pedicure chair and station; how to clean my station; and how to sanitize all equipment and tools. Trong Tang would set the work schedules for all employees. It was the same schedule every week. Trong Tang would also authorize any days off or time off, but I had to request time off in advance. He would also call me to come to work to cover for any other employees if they had called in sick on my day off. Also, Trong Tang would give me my pay on payday and would make any deductions from my pay at his discretion.

3. Describe in detail Plaintiff's work schedule with AVNS including the number of hours worked each week, the person at AVNS who set the schedule, and Plaintiff's ability to set her own hours.

**ANSWER:** My schedule was Wednesday through Sunday from 9:30 a.m., to 8:00 p.m., and on occasion, I would come in on days off to cover for other employees who were unable to work when scheduled. Trong Tang set the schedule for all employees. I had no input on setting my own hours. Any time off I requested had to be requested at least one week in advance and had to be approved by Trong Tang.

4. Identify all places where Plaintiff worked for the last ten years whether as a contractor, employee, owner, or in any other capacity, and the dates that Plaintiff worked there(beginning and ending date).

**ANSWER:**

a. Larmer Nail Salon at the Wellington Mall from October 2016 to the present.

b. Oxygenix Nail Salon in Boynton Beach from August 2015 to October 2016.

c. Anthony Vince Nail Spa in Wellington from approximately March 1, 2012 to August 2014.

d. In June 2011, I came to the United States. In my country I used to work in marketing for approximately five years as an employee.

5. Describe in detail Plaintiff's training, testing, certification, and licensing to become a nail technician, all nail technician training that Plaintiff received prior to working at AVNS, and all nail technician training that Plaintiff received while working at AVNS.

**ANSWER:** I was required to take a course that lasted approximately six months at VIP Beauty School in Margate, Florida. I took testing and got my certification as a nail technician. While at Anthony Vince Nail Spa, if Trong Tang had a new product he wanted me to use, he would give me directions on how to use it.

6. List all supervisors that Plaintiff reported to while working at AVNS and for each, describe their oversight of Plaintiff including their control of the manner and means in which Plaintiff performed nail services and beauty services.

**ANSWER:** See my answer to Interrogatory No. 2. Trong Tang was my main supervisor. Jimmy Nguyen was the store manager. Occasionally, Hoang L. Nguyen and his wife Victoria would be at AVNS, and Victoria would tell me how to do my job, and she even reprimanded me if she didn't like how I was performing my job.

7. Describe in detail any rules and regulations for nail technicians set by AVNS while Plaintiff worked at AVNS.

**ANSWER:** Do not talk to coworkers in Vietnamese in front of customers; English only allowed in front of store.

Always had to wear black uniforms.

Clean and sanitize her manicure and pedicure stations; sanitize tools every time.

Had to serve clients within a specified time period. Trong Tang would time us.

Only take a break when there were no customers in the store.

Never take or give phone numbers to clients.

If no customers were in the salon, we had to wait in the back room.

All materials had to be put in a box in a ziplock bag to show client everything was sanitized.

8. Describe in detail Plaintiff's personal investments in her nail technician work including any tools, equipment, dues, taxes, license fees, clothing, and advertising that Plaintiff purchased for her nail technician work.

**ANSWER:** I had to purchase uniforms, and AVNS required them to be black pants, black polo shirt or black tee shirt. I also had to purchase my drill machine; gloves; nail cutters; nail polish; and mask. I was responsible for paying my annual license fees.

9. Describe in detail Plaintiff's compensation received from sources other than AVNS including, but not limited to, any compensation received from nail technician work from September 2011 through September 2015.

**ANSWER:** Nail Trenz'D in Raleigh, North Carolina. I worked there in 2013 but I cannot remember how many weeks I was there. I had asked Trong Tang for permission to work there temporarily.

10. Describe in detail the damages sought by Plaintiff for her claim under the FLSA including whether the damages constitute compensatory, punitive, or liquidated damages, the amount within each such category of damages, and the total amount of damages.

**ANSWER:** Overtime wages. Without timekeeping records, I cannot provide exact records as to how much overtime I am owed. I want the same amount in liquidated damages for willful violations and attorney's fees and costs.

11. Describe in detail the damages sought by Plaintiff for her claim under 26 U.S.C. § 7434, including whether the damages constitute statutory damages, actual damages, and/or attorney's fees and costs, the amount of damages within each such category, and the total amount of damages.

**ANSWER:** $5,000 in statutory damages and attorney's fees and costs as per 26 U.S.C. § 7434.

12. Identify any and all documents that Plaintiff claims were filed in violation of 26 U.S.C. § 7434, and as to each such document, identify what information on the document was "fraudulent" within the meaning of the statute.

**ANSWER:** Defendant fraudulently filed 1099-MISC reports with the IRS. I do not dispute the amount that appears, but I was an employee and Defendant was fraudulently reporting me as an independent contractor.

13. Describe in detail the factual basis relied upon in support of Plaintiff's contention in Paragraph 30 of the Amended Complaint that "Defendant AVNS knew that Plaintiff was an employee of its business rather than an independent contractor."

**ANSWER:** Because I was an employee who was under the control and supervision of AVNS, I should not have been paid as an independent contractor. When I was hired by Trong Tang, he told me this is how they worked. I did not know back then that AVNS had to pay a portion of my social security and Medicare taxes as well as unemployment benefits.

14. Describe in detail the factual basis relied upon in support of Plaintiff's contention in Paragraph 30 of the Amended Complaint that Defendant AVNS's filing of allegedly fraudulent form 1099-MISC was "willful."

**ANSWER:** I believe they were doing it to avoid having to pay social security taxes and Medicare taxes and unemployment benefits for employees and maybe to pay less workers' compensation insurance.

15. List the names and addresses, if known, of all witnesses that have knowledge or information regarding the allegations in the Amended Complaint.

**ANSWER:** Tina Ngo; address unknown but should be in the possession of Defendant.

Jimmy Nguyen; address unknown but should be in the possession of Defendant.

Eric Nguy; address unknown but should be in the possession of Defendant.

Trul Tifany; address unknown but should be in the possession of Defendant.

Sam Nguyen (Samantha); address unknown but should be in the possession of Defendant.

Jessica (Eric's wife); address unknown but should be in the possession of Defendant.

Nick (last name unknown); address unknown but should be in the possession of Defendant.

Bao (last name unknown); address unknown but should be in the possession of Defendant.

Trans Jenny (last name unknown); address unknown but should be in the possession of Defendant.

**VERIFICATION/ACKNOWLEDGMENT**

HAN NGOC LE

STATE OF FLORIDA )
) ss:
COUNTY OF PALM BEACH )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid, to take acknowledgments, personally appeared HAN NGOC LE [ X ], who is personally known to me [____], or who produced identification in the form of ________________________________, and who executed the foregoing instrument and he acknowledged before me that he executed the same.

WITNESS my hand and official seal in the State and County aforesaid this 13th day of April, 2017.

Notary Public

MY COMMISSION EXPIRES:



# PLAINTIFF'S EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 16-81758-CIV-DIMITROULEAS/Snow

HAN NGOC LE,

Plaintiff,

v.

ANTHONY VINCE NAIL SPA, LLC,
A Florida Limited Liability Company,
HOANG L. NGUYEN, individually, and
TRONG TANG, individually,

Defendants.
_______________________________________/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST INTERROGATORIES**

The Defendant, Anthony Vince Nail Spa, LLC ("AVNS"), by and through its undersigned counsel, BlueRock Legal P.A., hereby serves this Response to Plaintiff's First Interrogatories.

1. Set forth for every workweek (a) the number of hours you contend were worked by Plaintiff during her employ; (b) if the amount of hours worked listed by Plaintiff are less than those specified by the time cards and records, explain the differences in the hours and the reason therefor; (c) the amount paid Plaintiff; (d) whether any overtime was paid and, if so, how much; and (e) the deductions made from pay and the reasons for the deductions. Identify each person with knowledge of these facts and identify each document related to these facts.

**ANSWER:**

AVNS did not maintain time cards or time records for Plaintiff. AVNS cannot say with precision the number of hours that Plaintiff worked each week. The amount paid to Plaintiff each week can be gleaned from the payroll records at Bates Nos. AVNS000058-000375, and the burden

to review the documents is the same on Plaintiff as it is on Defendants. Fed. R. Civ. P. 33(d) (permitting a party to produce business records in response to an interrogatory if the burden of ascertaining the answer from the documents is substantially the same for either party). Plaintiff was not paid on an hourly rate and was only paid commission, tips, and a Christmas bonus. Therefore, Plaintiff was not paid an additional amount for hours worked in excess of 40 a week.

AVNS occasionally deducted $5.00 for a cleanup fee. AVNS would clean Plaintiff's work station and charged Plaintiff $5.00. Plaintiff often received tips through credit card payments, instead of in cash. AVNS would add the amount of Plaintiff's tips that were paid by credit card and pay that amount to Plaintiff in a check. The $5.00 fees were deducted from this check. Sometimes Plaintiff received tips only in cash. When this occurred, I charged Plaintiff $5.00 for the cleanup fee. AVNS also deducted 7% from Plaintiff's tip amounts for tips that customers paid with credit card. This 7% charge was not retained by AVNS, but was a fee from the credit card companies for using their service for customers who paid tips with credit cards.

If Plaintiff did a poor job in servicing a customer, the customer would complain about the poor job. AVNS would offer to perform the service again for the customer free of charge. The lost revenue from the free service would be deducted from Plaintiff's commission.

2. Set forth in detail the method by which Defendant paid Plaintiff including, but not limited to, the type of payment (hourly, salary, etc.), the number of hours the pay was to compensate Plaintiff, how deductions were handled, the number of sick days available to Plaintiff and the conditions to take such sick pay, how overtime would be paid, if any, and how the pay for which would be calculated. Identify each person with knowledge of these facts and identify each document related to these facts.

**ANSWER:**

AVNS paid Plaintiff entirely on commissions, tips, and a Christmas bonus, throughout her period of working for AVNS. Plaintiff was paid 55% of the revenue that she generated from her nail technician services as commissions during her first year at AVNS, which was from February, 2012, to February, 2013. From March, 2013, to August, 2014, Plaintiff was paid 60% of the revenue that she generated from her nail technician services as commissions. Plaintiff also received tips from customers and the amount of her tips fluctuated from day to day. Customers could pay Plaintiff tips in cash or by credit card. For the tips that were paid with credit card, I added the total amount of the tips for each pay period and, after deducting 7% for credit card fees, I added the amount to Plaintiff's paycheck. Plaintiff did not report to AVNS the amount of her tips that she took in cash. Plaintiff was also paid Christmas bonuses. I do not remember the exact amount of the Christmas bonuses but it was a few hundred dollars. See Interrogatory #1 for a description of the deductions.

Plaintiff always set her own schedule. She was free to take time off at any time for sickness or for any other reason. As Plaintiff was paid on commissions, tips, and a Christmas bonus, all time off was unpaid because she was not performing any services for customers.

3. Identify each person who supervised Plaintiff during her employment with Defendant.

**ANSWER:**

The persons who managed the location where Plaintiff worked were Hoang Nguyen, Trong Tang, and Jimmy Nguyen. However, they were not "supervisors" to Plaintiff in the traditional sense, as neither controlled the means by which Plaintiff completed her work or controlled Plaintiff's work schedule.

4. Set forth in detail the normal operating hours for Defendant for each day of the week of Plaintiff's employment. If there have been any changes in the normal operating hours, describe each change and the date the change occurred.

**ANSWER:**

The normal operating hours in 2012, 2013, and 2014, was 9:30 a.m. to 8:00 p.m. from Monday through Saturday. On Sunday, the normal operating hours were 11:30 a.m. to 5:00 p.m. There were no changes to the normal operating hours in 2012, 2013, or 2014.

5. Please state the dates you asked Plaintiff to work overtime detailing who asked Plaintiff to work overtime and for what reason.

**ANSWER:**

Plaintiff was never asked to work overtime. Plaintiff always set her own schedule and was always free to come and go as she pleased.

6. Did Plaintiff have use of a company vehicle? If so, (a) did Plaintiff use the company vehicle off hours (i.e. driving to and from work); (b) did Plaintiff have permission to do so; and (c) who gave Plaintiff permission to use the company vehicle off hours?

**ANSWER:**

Plaintiff was not provided a company vehicle.

7. Did Plaintiff have use of any other company equipment (i.e., cell phone)? If so, did Plaintiff use the company equipment off hours? Did Plaintiff have permission to use the company equipment off hours? Did Plaintiff reimburse the company for the use of the company equipment?

**ANSWER:**

Plaintiff was provided with a pager which AVNS used to occasionally page Plaintiff when she was to working to ask her if she wanted to work. Plaintiff was never required to work and was

free to refuse the request to work. As the intent of the pager was to contact Plaintiff when she was not working, Plaintiff had permission to use the pager when she was not working. Plaintiff was not charged for use of the pager, but Plaintiff was asked to return the pager after she stopped working at AVNS.

8. Provide the names, addresses and subject matter of all witnesses who have knowledge of the facts of the allegations of this matter.

**ANSWER:**

- Plaintiff
  c/o Counsel for Plaintiff

  As Plaintiff in this case, Han Ngoc Le has knowledge regarding all matters in the Amended Complaint, including her job duties, level of education, work schedule, investments in her work, compensation, IRS tax filings, among other matters.

- Hoang L. Nguyen
  c/o Counsel for Defendant

  As Defendant in this case, Mr. Nguyen has knowledge regarding all matters in the Amended Complaint, including Plaintiff's job duties, work schedule, compensation, IRS tax filings, among other matters.

- Trong Tang
  c/o Counsel for Defendant

  Ms. Trang has knowledge regarding all matters in the Amended Complaint, including Plaintiff's job duties, work schedule, compensation, IRS tax filings, among other matters.

- Jimmy Nguyen

  Jimmy Nguyen was a manager at the location where Plaintiff worked. He left AVNS about two years ago. I do not know his current address. The last known address for him is 1356 The 12th Fairway, Wellington, FL 33414.

9. Describe in detail the compensation Defendant paid to Plaintiff including base salary, commissions, tips, profit sharing, benefits, bonuses, expense accounts, reimbursements, and any other remuneration paid by Defendant to Plaintiff or from any other source or on Defendant's behalf, and state the amounts of each form of compensation from September 2011 to September 2015.

**ANSWER:**

See Response to Interrogatory #2 for a description of Plaintiff's compensation. Plaintiff was paid a total of $19,423.54 in 2012, of which $17,902.25 was commission and $1,521.29 was tips. Plaintiff was paid $30,208.89 in 2013, of which $28,130.40 was commission and $2,078.49 was tips. Plaintiff was paid $23,544.71 in 2014, of which $22,250.00 was commissions and $1,294.71 was tips. However, AVNS has only recorded the amount of tips that customers paid with credit cards. Plaintiff may have taken tips in cash that she did not report. Plaintiff also received Christmas bonuses in 2012 and 2013, which was a few hundred dollars. Plaintiff did not work at AVNS in 2011 or 2015.

10. Describe in detail Plaintiff's work schedule with Defendant including the number of hours worked each week, the person(s) responsible for setting the work schedule, and the ability of Plaintiff to set her own hours.

**ANSWER:**

AVNS never set the schedule for Plaintiff. Plaintiff always set her own schedule. Plaintiff often worked Wednesday through Sunday, but this was her personal choice. She was not required to work that schedule and she chose that schedule herself. Plaintiff had no set hours and could come and go as she pleased. For example, if she wanted, Plaintiff could leave in the middle of the day and spend the rest of the day shopping. AVNS did not record the hours that Plaintiff worked

each week, and, because Plaintiff was free to work whenever she pleased, AVNS cannot say with precision the number of hours that she worked each week.

11. List all supervisors to whom Plaintiff was required to report to while working at Anthony Vince' Nail Spa, LLC and for each person, describe their oversight including their control of the manner and means in which Plaintiff performed nail services and beauty services.

**ANSWER:**

See response to Interrogatory #3.

12. Describe in detail any rules and regulations for nail technicians set by defendant while Plaintiff worked at Anthony Vince' Nail Spa, LLC.

**ANSWER:**

The answer to this interrogatory can be gleaned from the documents entitled "Salon Rules" and "Salon Reminders," which are located at Bates Nos. AVNS000644-645. Fed. R. Civ. P. 33(d) (permitting a party to produce business records in response to an interrogatory if the burden of ascertaining the answer from the documents is substantially the same for either party).

13. If you are contending that Plaintiff was an independent contractor, please provide all facts, evidence, or circumstances the Defendant believes support this contention. For each allegation of fact, please provide all witnesses that can provide testimonial support to said fact or contention that Plaintiff was providing services as an independent contractor.

**ANSWER:**

Defendant contends that Plaintiff was an independent contractor because she had the authority to control her work activities. Plaintiff was free to set her own schedule, including the days and hours that she worked. She could leave the premises and returned as she pleased. While Plaintiff was provided a pager, the pager was only to contact Plaintiff and ask her if she wanted to

work while she was off the premises. Plaintiff was always free to refuse those requests. Plaintiff was also an independent contractor because she independently determined how to carry out her work activities. Plaintiff was provided little direction on how to service her customers by AVNS. Plaintiff also independently paid her taxes. Plaintiff could also independently schedule her own appointments. Customers could call Plaintiff directly to schedule an appointment with her. Plaintiff could also independently reschedule her appointments. Additionally, because Plaintiff was paid entirely on commissions earned while working, Plaintiff exercised significant control over her earnings by deciding how many customers she serviced.

Plaintiff was also a highly skilled worker. Plaintiff has a nail technician license issued by the state of Florida. To receive the license, Plaintiff was required, by Florida law, to complete 240 hours of courses and training at an accredited cosmetology school and pass a licensing exam. Plaintiff's level of training and skill indicates independent contractor status. Plaintiff did not receive any training from AVNS. She came to AVNS already trained and skilled in the nail technician profession.

The witnesses that can provide support for these facts are Hoang Nguyen, Trong Tang, and Jimmy Nguyen.

**VERIFICATION**

I, Hoang Nguyen, being first duly sworn upon my oath, depose and state that I have read the foregoing Answers to Interrogatories and that said answers are true and correct.

Hoang Nguyen

STATE OF FLORIDA )
) SS.
COUNTY OF MIAMI-DADE)

The foregoing instrument was acknowledged before me this 15 day of May, 2017, by HOANG NGUYEN for ________ its Driver License who is personally known to me or has produced as identification the following: ________.

(Notary Signature)
Hector Salazar
(Notary Name Printed)
NOTARY PUBLIC
Commission No. GG014280

Notary Public State of Florida
Hector Salazar
My Commission GG 014280
Expires 07/21/2020

BLUEROCK LEGAL, P.A.
Counsel for Defendants
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
Phone: (305) 981-4300
Fax: (305) 981-4304
E-mail: fhenry@bluerocklegal.com
dgonzalez@bluerocklegal.com

By: /s/ Frank H Henry
Frank H. Henry
Florida Bar No. 956554
Daniel Gonzalez
Florida Bar No. 118696

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing via electronic mail to the persons on the attached service list on May 22, 2017.

/s/ Frank H. Henry
Frank H. Henry

**SERVICE LIST**

Christopher J. Rush
Florida Bar Number 621706
Christopher J. Rush & Associates, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, FL 33426
Tel: (561) 369-3331
Fax: (561) 369-5902
Email: crush@crushlawfl.com
Email: eservice@crushlawfl.com
Co-Counsel for Plaintiff

Victoria Mesa-Estrada
Florida Bar Number 076569
Mesa-Estrada Law, P.A.
Compson Financial Center, Suite 205
1880 North Congress Avenue
Boynton Beach, Florida 33426
Tel: (561) 880-8062
Fax: (561) 828-8359
Email: victoria@mesaestradalaw.com
Co-Counsel for Plaintiff

Frank H. Henry (FBN 956554)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: fhenry@bluerocklegal.com
Counsel for Defendant

Daniel Gonzalez (FBN 118696)
BLUEROCK LEGAL, P.A.
10800 Biscayne Boulevard, Suite 410
Miami, Florida 33161
Telephone: (305) 981-4300
Facsimile: (305) 981-4304
Email: dgonzalez@bluerocklegal.com
Counsel for Defendant

# PLAINTIFF'S EXHIBIT 9

# PLAINTIFF'S OVERTIME DAMAGES CALCULATIONS

| WORKWEEK PERIOD | Wages Earned under commission plan | Wages Paid after deductions /fines | Kick-back Amount | Plaintiff's Proposed Hours worked | Regular Rate per week | Overtime Rate | TOTAL WAGES EARNED AT FLUCTUATING REGULAR RATE/WK | TOTAL WAGES OWED AT FLUCTUATING REGULAR RATE |
|---|---|---|---|---|---|---|---|---|
| 10/18/13-10/24/13 | 597 | 594.62 | 2.38 | 53 | $11.22 | $16.83 | $ 667.55 | 72.93 |
| 10/25/13-10/31/13 | 610.2 | 602.75 | 7.45 | 53 | $11.37 | $17.06 | $ 676.67 | 73.92 |
| 11/1/13-11/7/13 | 651.6 | 642.54 | 9.06 | 53 | $12.12 | $18.19 | $ 721.34 | 78.80 |
| 11/8/13-11/14/13 | 568.2 | 565.26 | 2.94 | 53 | $10.67 | $16.00 | $ 634.58 | 69.32 |
| 11/15/13-11/21/13 | 567 | 559.13 | 7.87 | 53 | $10.55 | $15.82 | $ 627.70 | 68.57 |
| 11/22/13-11/28/13 | 929.4 | 926.04 | 3.36 | 53 | $17.47 | $26.21 | $ 1,042.88 | 116.84 |
| 11/29/13-12/5/13 | 594.6 | 591.1 | 3.5 | 53 | $11.15 | $16.73 | $ 663.59 | 72.49 |
| 12/6/13-12/12/13 | 547.2 | 544.33 | 2.87 | 53 | $10.27 | $15.41 | $ 611.09 | 66.76 |
| 12/13/13-12/19/13 | 446.4 | 438.74 | 7.66 | 30 | $14.62 | $21.94 | $ 584.99 | 146.25 |
| 12/20/13-12/26/13 | 1135.2 | 1130.93 | 4.27 | 53 | $21.34 | $32.01 | $ 1,285.15 | 154.22 |
| 12/27/13-1/2/14 | 1002 | 998.64 | 3.36 | 53 | $18.84 | $28.26 | $ 1,124.64 | 126.00 |
| 1/3/14-1/9/14 | 582.6 | 577.64 | 4.96 | 53 | $10.90 | $16.35 | $ 648.48 | 70.84 |
| 1/10/14-1/16/14 | 678 | 672.3 | 5.7 | 53 | $12.68 | $19.03 | $ 754.75 | 82.45 |
| 1/17/14-1/23/14 | 575.4 | 568.14 | 7.26 | 53 | $10.72 | $16.08 | $ 637.82 | 69.68 |
| 1/24/14-1/30/14 | 523.8 | 521.07 | 2.73 | 41.5 | $12.56 | $18.83 | $ 530.49 | 9.42 |
| 1/31/14-2/6/14 | 663 | 658.87 | 4.13 | 41.5 | $15.88 | $23.81 | $ 670.78 | 11.91 |
| 2/7/14-2/13/14 | 828.6 | 822.44 | 6.16 | 53 | $15.52 | $23.28 | $ 923.31 | 100.87 |
| 2/14/14-2/20/14 | 496.8 | 492.81 | 3.99 | 30 | $16.43 | $24.64 | $ 657.08 | 164.27 |
| 2/21/14-2/27/14 | 576 | 573.41 | 2.59 | 30 | $19.11 | $28.67 | $ 764.55 | 191.14 |
| 2/28/14-3/6/14 | 1062 | 1055.4 | 6.6 | 53 | $19.91 | $29.87 | $ 1,184.84 | 129.44 |
| 3/7/14-3/13/14 | 1020 | 1014.26 | 5.74 | 53 | $19.14 | $28.71 | $ 1,138.65 | 124.39 |
| 3/14/14-3/20/14 | 982.2 | 976.39 | 5.81 | 53 | $18.42 | $27.63 | $ 1,096.14 | 119.75 |
| 3/21/14-3/27/14 | 777 | 774.41 | 2.59 | 53 | $14.61 | $21.92 | $ 869.38 | 94.97 |
| 3/28/14-4/3/14 | 837 | 830.04 | 6.96 | 53 | $15.66 | $23.49 | $ 931.84 | 101.80 |
| 4/4/14-4/10/14 | 636.6 | 629.43 | 7.17 | 46 | $13.68 | $20.52 | $ 670.48 | 41.05 |
| 4/11/14-4/17/14 | 949.2 | 939.09 | 10.11 | 53 | $17.72 | $26.58 | $ 1,054.26 | 115.17 |
| 4/18/14-4/24/14 | 757.8 | 754.44 | 3.36 | 46 | $16.40 | $24.60 | $ 803.64 | 49.20 |
| 4/25/14-5/1/14 | 900.6 | 898.5 | 2.1 | 53 | $16.95 | $25.43 | $ 1,008.69 | 110.19 |
| 5/2/14-5/8/14 | 899.4 | 894.85 | 4.55 | 53 | $16.88 | $25.33 | $ 1,004.60 | 109.75 |
| 5/9/14-5/15/14 | 915 | 910.59 | 4.41 | 53 | $17.18 | $25.77 | $ 1,022.27 | 111.68 |
| 5/16/14-5/22/14 | 929.4 | 922.78 | 6.62 | 53 | $17.41 | $26.12 | $ 1,035.95 | 113.17 |
| 5/23/14-5/29/14 | 1036.8 | 1032.74 | 4.06 | 53 | $19.49 | $29.23 | $ 1,159.40 | 126.66 |
| 5/30/14-6/5/14 | 931.8 | 926.2 | 5.6 | 53 | $17.48 | $26.21 | $ 1,039.79 | 113.59 |
| 6/27/14-7/3/14 | 744 | 737.53 | 6.47 | 46 | $16.03 | $24.05 | $ 785.63 | 48.10 |
| 7/4/14-7/10/14 | 526.8 | 515.61 | 11.19 | 53 | $9.73 | $14.59 | $ 578.85 | 63.24 |
| 7/11/14-7/17/14 | 675.6 | 673.43 | 2.17 | 53 | $12.71 | $19.06 | $ 756.02 | 82.59 |
| 7/18/14-7/24/14 | 708.6 | 704.61 | 3.99 | 53 | $13.29 | $19.94 | $ 791.02 | 86.41 |
| 7/25/14-7/31/14 | 729 | 726.62 | 2.38 | 53 | $13.71 | $20.56 | $ 815.73 | 89.11 |
| 8/1/14-8/7/14 | 820.2 | 815.51 | 4.69 | 53 | $15.39 | $23.08 | $ 915.53 | 100.02 |
| 8/8/14-8/14/14 | 397.2 | 390.87 | 6.33 | 33.5 | $11.67 | $17.50 | $ 466.71 | 75.84 |
| | | | | | | | **TOTAL WAGES OWED** | **3752.80** |