UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-cv-81758-WPD/LSS

HAN NGOC LE,

    Plaintiff,

vs.

ANTHONY VINCE' NAIL SPA, LLC,
a Florida limited liability company,
HOANG L. NGUYEN, individually, and
TRONG TANG, individually,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO TAX COSTS

COMES NOW, the Plaintiff, HAN NGOC LE, by and through her undersigned counsel, and hereby files her Motion to Tax Costs, and states:

1. This matter was heard before a jury on January 8, 2018 and January 9, 2018. On one count of Plaintiff's Complaint, the jury returned a verdict in favor of the Plaintiff, and the Court awarded relief to the Plaintiff under Title 26 USC 7634.

2. Plaintiff at trial did not seek attorney's fees or actual damages under the above-cited federal statute, and thus, the Court awarded the $5,000 minimum civil award.

3. Pursuant to Federal Rule of Civil Procedure 54(d), an award of costs always follows the judgment. Thus, in that Plaintiff did procure a favorable judgment after a jury verdict, Plaintiff is entitled to an award of her costs. A Bill of Costs (Form AO 133) is attached hereto as **Exhibit A** as required by local rule. Moreover, Plaintiff made specific requests for costs in the Joint Pretrial Stipulation under 28 U.S.C. §§ 1914, 1920 and 1921. See Section XII of the parties' Joint Pretrial Stipulation.

4.	Copies of the invoices for each of the costs indicated in the Bill of Costs along with Plaintiff's counsel's in-house costs ledger are attached hereto as **Exhibit B**.

5.	There is a strong presumption in favor of taxation of reasonable costs. As the party opposing a cost award, Defendants bear the burden of presenting evidence which overcomes the presumption. See Rule 54(d), Fed. R. Civ. Pro.; *Mathews v. Crosby*, 480 F.3d 1265, 1276 (11th Cir. 2007). "To defeat the presumption and deny full costs, a district court must have and state a sound basis for doing so." *Chapman v. AI Transp.*, 229 F.3d 1012, 1039 (11th Cir. 2000).

6.	Plaintiff's counsel has conferred in good faith with defense counsel regarding the issues set forth in this Motion, and defense counsel has indicated that Defendants object to this request.[1]

WHEREFORE, Plaintiff, HAN NGOC LE, respectfully requests that Court enter an order taxing costs against the Defendants, ANTHONY VINCE' NAIL SPA, LLC and HOANG L. NGUYEN, jointly and severally

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CHRISTOPHER J. RUSH & ASSOCIATES, P.A. | MESA-ESTRADA LAW, P.A. |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| Compson Financial Center, Suite 205 | Compson Financial Ctr, Ste. 205 |
| 1880 North Congress Avenue | 1880 North Congress Avenue |
| Boynton Beach, FL 33426 | Boynton Beach, FL 33426 |
| 561-369-3331 | 561-880-8062 |
| 561-369-5902 (fax) | 561-828-8359 (fax) |
| E-mail: crush@crushlawfl.com | E-mail: victoria@mesaestradalaw.com |
| E-mail: eservice@crushlawfl.com | E-mail: info@mesaestradalaw.com |
| By        /s/ Christopher J. Rush           | By    /s/ Victoria Mesa-Estrada        |
|       Christopher J. Rush   (FBN 621706) |       Victoria Mesa-Estrada (FBN 76569) |

---

[1] Even though Plaintiff selected the $5,000.00 statutory damages award and not attorney's fees plus actual damages plus costs, the same is not a bar to an award of costs on a post verdict motion to tax costs under FRCP 54(d) which mandates costs follow the Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Christopher J. Rush*
Christopher J. Rush

## SERVICE LIST

CASE NO. 9:16-cv-81758-WPD/LSS
*Han Ngoc Le v. ANTHONY VINCE' NAIL SPA, LLC,*
*a Florida limited liability company,*
*HOANG L. NGUYEN, individually, and*
*TRONG TANG, individually,*
United States District Court, Southern District of Florida


Frank H. Henry, Esquire
Daniel Gonzalez, Esquire
BLUEROCK LEGAL, P.A.
*Counsel for Defendants*
10800 Biscayne Boulevard, Suite 410
Miami, FL 33161
305-981-4300
305-981-4304 (fax)
E-mail:  fhenry@bluerocklegal.com
E-mail:  dgonzalez@bluerocklegal.com