# EXHIBIT "B"

| | **COSTS**<br>Han Ngoc Le v. Anthony Vince Nail Spa<br>U.S. District Court, Southern District of FL Case No. 9:16-cv-81758-WPD/LSS | | | |
|---|---|---|---|---|
| **MONTH** | **COSTS FOR FILING FEES, SERVICE OF PROCESS, DEPOSITIONS, ETC.** | **FAXES** | **COPIES** *($0.25/ page)* | **POSTAGE** |
| 10/18/16 | Clerk, U.S. District Court for filing fee: **$400.00** | | | |
| 12/7/16 | Largo Investigations for service of process on Defendant Anthony Vince Nail Spa: **$45.00** | | | |
| 12/7/16 | Largo Investigations for service of process on Defendant Thuy Thu Thi Nguyen: **$45.00** | | | |
| 5/10/17 | Largo Investigations for rush service of process on Defendant Trong Tang: **$75.00** | | | |
| 8/22/17 | Largo Investigations for rush service of Subpoena for Deposition on witness Jimmy Nguyen: **$150.00** | | | |
| 9/5/17 | Largo Investigations for rush service of Subpoena for Deposition on witness Jimmy Nguyen: **$135.00** | | | |
| 11/2/17 | SCR Court Reporting, Inc., for attendance at and deposition transcripts of (1) Hoang Nguyen; and (2) Trong Tang taken on 8/22/17: **$889.20** | | | |
| 10/5/17 | ATD Mediation & Arbitration, P.A., for mediation held on 10/5/17 with Mediator Cindy Hannah: **$675.00** | | | |
| 1/9/18 | Professional Interpreting Associates for Vietnamese interpreter for jury trial on 1/8/18 and 1/9/18: **$960.00** | | | |
| 1/7/18 | | | Office Depot: 4 binders, dividers for PL's trial exhibits: **$50.42** | |
| Jan 2018 | | | 4 reams of paper used @ $12 each: **$48.00** | |
| **TOTAL** | **$3,374.20**   (does not include office supplies and paper cost) | | **$98.42** | |

**Lynne Myers**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, October 18, 2016 4:57 PM
**To:** Christopher Rush; Lynne Myers
**Subject:** Pay.gov Payment Confirmation: FLSD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Financial Section at (305) 523-5050.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 25UH74SQ
Agency Tracking ID: 113C-9177554
Transaction Type: Sale
Transaction Date: Oct 18, 2016 4:57:00 PM

Account Holder Name: Christopher Rush
Transaction Amount: $400.00
Card Type:
Card Number:


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

1

| | | | |
|---|---|---|---|
| LARGO INVESTIGATIONS, INC.<br>9369 Aegean Drive<br>Boca Raton, FL 33496<br>Phone: (561) 482-5757<br>Fax: (561) 482-5551<br>65-0725859 | **INVOICE** | | Invoice #LII-2016002231<br>12/7/2016 |

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, FL 33426

Your Contact: LYNN
**Case Number: SOUTHERN 9:16 CV 81758 WPD**

Plaintiff:
**HAN NGOC LE,**

Defendant:
**THUY THU THI NGUYEN d/b/a ANTHONY VINCE NAIL SPA, and THUY THU THI NGUYEN,**

Received: 10/21/2016   Non-Served: 12/5/2016  .NON-SERVE - COMMENTS
To be served on: THUY THU THI NGUYEN D/B/A ANTHONY VINCE NAIL SPA,

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee:  PALM BEACH | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |
| **BALANCE DUE:** | | | **$45.00** |

INVOICES ARE DUE UPON RECEIPT.  LATE FEES ARE APPLIED TO ALL INVOICES OVER 30 DAYS OLD.
MONTHLY STATEMENTS WILL INCLUDE ALL APPLICABLE LATE FEES.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.
Jurisdiction is vested in Palm Beach County, Florida.

Fees are subject to change without notice.

Page 1 / 1

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

| | | | |
|---|---|---|---|
| LARGO INVESTIGATIONS, INC.<br>9369 Aegean Drive<br>Boca Raton, FL 33496<br>Phone: (561) 482-5757<br>Fax: (561) 482-5551<br>65-0725859 | **INVOICE** | | Invoice #LII-2016002232<br>12/7/2016 |

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, FL 33426

Your Contact: LYNN
**Case Number: SOUTHERN 9:16 CV 81758 WPD**

Plaintiff:
**HAN NGOC LE,**

Defendant:
**THUY THU THI NGUYEN d/b/a ANTHONY VINCE NAIL SPA, and THUY THU THI NGUYEN,**

Received: 10/21/2016   Non-Served: 12/5/2016  .NON-SERVE - COMMENTS
To be served on: THUY THU THI NGUYEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee:  PALM BEACH | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |
| **BALANCE DUE:** | | | **$45.00** |

INVOICES ARE DUE UPON RECEIPT.  LATE FEES ARE APPLIED TO ALL INVOICES OVER 30 DAYS OLD.
MONTHLY STATEMENTS WILL INCLUDE ALL APPLICABLE LATE FEES.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.
Jurisdiction is vested in Palm Beach County, Florida.

Fees are subject to change without notice.

Page 1 / 1

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

| | | |
|---|---|---|
| LARGO INVESTIGATIONS, INC. | **INVOICE** | Invoice #LII-2017001032 |
| 9369 Aegean Drive | | 5/10/2017 |
| Boca Raton, FL 33496 | | |
| Phone: (561) 482-5757 | | |
| Fax: (561) 482-5551 | | |
| 65-0725859 | | |

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, FL 33426

Your Contact: LYNN
**Case Number: SOUTHERN 9:16 CV 81758 WPD**

Plaintiff:
**HAN NGOC LE,**

Defendant:
**THUY THU THI NGUYEN d/b/a ANTHONY VINCE NAIL SPA, and THUY THU THI NGUYEN,**

Received: 5/8/2017   Served: 5/9/2017 4:05 pm  .INDIVIDUAL/PERSONAL
To be served on: TRONG TANG,

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee:  PALM BEACH    RUSH | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** $75.00

INVOICES ARE DUE UPON RECEIPT.  LATE FEES ARE APPLIED TO ALL INVOICES OVER 30 DAYS OLD.
MONTHLY STATEMENTS WILL INCLUDE ALL APPLICABLE LATE FEES.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.
Jurisdiction is vested in Palm Beach County, Florida.

Fees are subject to change without notice.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d

LARGO INVESTIGATIONS, INC.
9369 Aegean Drive
Boca Raton, FL 33496
Phone: (561) 482-5757
Fax: (561) 482-5551
65-0725859

**INVOICE**

Invoice #LII-2017001834
2/5/2018

Original Date: 8/22/2017

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, FL 33426

Your Contact: LYNN
**Case Number: SOUTHERN 9:16 CV 81758 WPD**

Plaintiff:
**HAN NGOC LE,**

Defendant:
**ANTHONY VINCE NAIL SPA,**

Received: 8/7/2017   Non-Served: 8/21/2017  .NON-SERVE - COMMENTS
To be served on: JIMMY NGUYEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee:  PALM BEACH   RUSH | 1.00 | 75.00 | 75.00 |
| ADDITIONAL ATTEMPTS 2ND SERVER  RUSH | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $150.00 |
| 8/28/2017   Check #3415   Final Payment | | | 150.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

INVOICES ARE DUE UPON RECEIPT. LATE FEES ARE APPLIED TO ALL INVOICES OVER 30 DAYS OLD.
MONTHLY STATEMENTS WILL INCLUDE ALL APPLICABLE LATE FEES.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.
Jurisdiction is vested in Palm Beach County, Florida.

Fees are subject to change without notice.

Page 1 / 1

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2h

LARGO INVESTIGATIONS, INC.  **INVOICE**  Invoice #LII-2017001736
9369 Aegean Drive  2/5/2018
Boca Raton, FL 33496
Phone: (561) 482-5757  Original Date: 8/6/2017
Fax: (561) 482-5551
65-0725859

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, FL 33426

Your Contact: LYNN
**Case Number: SOUTHERN 9:16 CV 81758 WPD**

Plaintiff:
**HAN NGOC LE,**

Defendant:
**ANTHONY VINCE NAIL SPA,**

Received: 7/25/2017   Non-Served: 8/5/2017   .NON-SERVE - COMMENTS
To be served on: JIMMY NGUYEN

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: PALM BEACH RUSH | 1.00 | 75.00 | 75.00 |
| ADDITIONAL ADDRESS: PALM BEACH RUSH | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $135.00 |
| 12/13/2017   Check #3452,3451   Final Payment | | | 135.00 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

INVOICES ARE DUE UPON RECEIPT. LATE FEES ARE APPLIED TO ALL INVOICES OVER 30 DAYS OLD.
MONTHLY STATEMENTS WILL INCLUDE ALL APPLICABLE LATE FEES.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.
Jurisdiction is vested in Palm Beach County, Florida.

Fees are subject to change without notice.

Page 1 / 1

# SCR COURT REPORTING, INC.

November 1, 2017

CHRISTOPHER J. RUSH & ASSOCIATES, P.A.
1880 North Congress Avenue
Suite 205
Boynton Beach, Florida 33426

Invoice No. 2017-0015

CASE: 9:16-cv-81758-WPD/LSS

     LE vs. ANTHONY VINCE NAIL

| Description of Services | | Pages/Qty | Rate | Extension |
|---|---|---|---|---|
| Taken on | 8/22/2017 | | | |
| Deposition of | Hoang Nguyen | | | |
| Original Transcript | | 101 | 4.20 | 424.20 |
| Deposition of | Trong Tang | 75 | 4.20 | 315.00 |
| Original Transcript | | | | |
| Attendance of Reporter | 1:00-5:00 | 4 hours | 75/25 | 150.00 |
| Exhibits | | 1 | | 00.00 |
| Shipping and Handling | | 1 | | 00.00 |
| | | **Invoice Total:** | | **889.20** |

Thank you,

Sonia Rogers

SCR Court Reporting, Inc.
32 S.W. 15 Court
Boca Raton, Florida 33486



# INVOICE

P.O. BOX 290176  
DAVIE, FL 33329-0176  
(954)257-0936

**INVOICE NO.** MESA102  
**DATE** January 9, 2018

pat@professionalinterpretingassociates.com

**TO** Victoria Mesa-Estrada Law P.A.  
Attn: Victoria Mesa-Estrada  
1880 N. Congress Ave. Suite 205  
Boynton Beach, Fl 33426

| SERVICE | LOCATION | CASE # | ATTORNEY |
|---|---|---|---|
| VIETNAMESE INTERPRETING | BROWARD | HAN NGOC VS ANTHONY VINCE NAILS | V. MESA |

| DATE | HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1/8/2018 | 7 | 10AM-4:45PM TRIAL | $ 130.00 | $ 910.00 |
| | 1 | TRAVEL | 50.00 | $ 50.00 |
| | | US FEDERAL COURTHOUSE BUILDING | | |
| | | 299 E BROWARD BLVD. ROOM 205B | | |
| | | FT. LAUDERDALE, FL 33301 | | |
| | | | | |
| | | THANK YOU FOR YOUR BUSINESS | | |
| | | PLEASE NOTE NEW ADDRESS | | |
| | | TAX ID 46-4730559 | | |
| | | | SUBTOTAL | $ 960.00 |
| | | | TOTAL | $ 960.00 |

Make all checks payable to PROFESSIONAL INTERPRETING ASSOCIATES  
**THANK YOU FOR YOUR BUSINESS!**

# Office DEPOT
# OfficeMax

BOYNTON BEACH - (561) 738-1800
01/07/2018  2:28 PM



22VTUGPP66Q5YX86F

SALE                   71-1-1541-885044-17.9.2
209215  BDR,OD,VW,1.5"
  4 @ 7.49                         29.96
         You Pay                   29.96S
912115  LABEL,PRIVATE,
  4 @ 4.29                         17.16
         You Pay                   17.16S
         Subtotal:                 47.12
         Sales Tax:                 3.30
         Total:                    50.42
  Debit Card                       50.42

TDS
AID                US DEBIT
TVR
CVS

CHRIS RUSH
Congratulations! You've reached VIP
rewards status. You'll now get 5% back
on paper, ink, toner & copy/print/ship
services PLUS 2% back on everything
else. Visit officedepot.com/rewards to
view all benefits of being a VIP
member
Shop online at www.officedepot.com
*******************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:

*******************************************